■ R. H. BOWMAN ASSOCIATES, INC., Respondent, v. RICHARD DANSKIN, Appellant.— Judgment, Supreme Court, Schenectady County, entered on Febru-

ary 6, 1973, affirmed, with costs. No opinion. Herlihy, P. J., Staley, Jr., Cooke and Main, JJ., concur; Kane, J., dissents and votes to reverse in the following memorandum. Kane, J. (dissenting): I find the decision of the trial court to be against the weight of evidence. The record demonstrates that defendant performed his professional services with that degree of care and skill required of those engaged in his profession within the locality. He did not guarantee the accuracy of his work and justifiably relied upon the accuracy of the map of the water district to locate water lines.